ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 16 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5/16/2011

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 16 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TERRY LAMAR MASSENGILL,

    Petitioner,

vs.

THE STATE OF CALIFORNIA,

    Respondent.

Case No. SACV 11-0538-AHM (RNB)

**JUDGMENT**

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed with prejudice.

DATED: May 13, 2011

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE